AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ELYS GARCIA,
a/k/a "Ellie," a/k/a "Maria Varga"

**WARRANT FOR ARREST**

CASE NUMBER: 04-tt 1705-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ELYS GARCIA, a/k/a "Ellie," a/k/a "Maria Varga"
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE (21 U.S.C. Section 841 (a)(1)846)

in violation of
Title    21    United States Code, Section(s)  846 and 841 (a)(1)

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

03-23-2004    Worcester, Massachusetts
Date and Location

Bail fixed at $ _____   by _____

Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Pleasant St Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04-14-04 | Special Agent Joseph P. Barrett | Joseph Barrett |

This form was electronically produced by Elite Federal Forms, Inc.