# MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: April 20, 2004 |
| Courtroom Clerk: Bachrach | Tape Number: 2:53 P  Time In Court: 90 min |
| Case: USA v. Elys Garcia | Case Number: 04-1705-CBS |
| AUSA: Casey | Defense Counsel: LaChance |
| PTSO/PO: Cuascut | Court Reporter: |

## TYPE OF HEARING

[ ] **Initial Appearance**
[ ] Arrested:  [ ] on warrant    [ ] on probable cause
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Will Retain Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[X] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[X] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

[X] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[X] Defendant Released on unsecured bond ($20,000) with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

_____ set for ___ at _____

## REMARKS

Case called, Counsel and defendant appear for Probable Cause/ Detention Hearing. Dft waives probable cause hearing. Gov't calls Special Agent Rodney Budrow; Cross-Exam; Re-Direct. Defendant calls Leonarda Torrez. Defendant proffers conditions. Gov't argues; Defendant argues. Defendant released on conditions, including $20,000 unsecured bond