○AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| | DISTRICT OF | MA |

U.S.A.

V.

Elys Garcia

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1705-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Casey | DEFENDANT'S ATTORNEY<br>LaChance |
|---|---|---|
| TRIAL DATE (S)<br>4/20/04 | COURT REPORTER<br>2:53 p.m. | COURTROOM DEPUTY<br>Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| X | | 4/20/04 | | | Rodney Budrow, Special Agent DEA |
| | X | 4/20/04 | | | Leonarda Torres |
| | | 4/20/04 | | | Exhibits |
| 1 | | | X | X | Criminal Complaint and Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages