AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

Elys Garcia

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1705-CBS

I, _Elys Garcia_, charged in a (complaint) (petition) pending in this District with _____
in violation of Title _21_, U.S.C., _841(a)(1) and 846_,
and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Elys Garcia_
Defendant

_4/20/04_
Date

_[signature]_
Counsel for Defendant