UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 04-1705-CBS |
| v. ) | |
| ELYSEE GARCIA, ) <br> Defendant ) | |

## EMERGENCY MOTION FOR RETURN OF SEIZED PROPERTY

NOW COMES, Elysee Garcia, through Counsel and moves that her driver's license and permanent resident status card be returned to her forthwith.

This Court has directed, as part of Ms. Garcia's conditions of release that she be employed. She has gotten a job at Day's Inn Motel but they will not employ her without proof of her lawful immigration status. She needs her license for obvious reasons.

Defendant and Counsel will stipulate to the authenticity of photocopies of the documents for all evidentiary purposes at any evidentiary hearing relating to this case.

1

Respectfully submitted,<br>
**ELYSEE GARCIA**<br>
By her Attorney;

Dated: June 7, 2004

*/s/ John H. LaChance*

John H. LaChance, Esq.
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel: (508) 879-5730
Fax: (508) 879-2288

## CERTIFICATE OF SERVICE

I, John H. LaChance, Esq., do hereby certify that I have served a copy of the foregoing upon the Government by mailing a copy of the same, first class, postage pre-paid to Assistant United States Attorney Paul Casey located at the Office of the United States Attorney, Harold D. Donohue Building & Federal Courthouse, 595 Main Street, Suite 206, Worcester, MA 01608 and to the United States Probation Officer assigned to this matter located at the Office of United States Probation, 302 Harold D. Donohue Building & Federal Courthouse, 595 Main Street, Worcester, MA 01608 on this 7th day of June, 2004.

*/s/ John H. LaChance, Esq.*

2